DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES ABERNATHY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-3318

[February 21, 2024]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Marni A. Bryson, Judge; L.T. Case No. 502022CT009348.

Carey Haughwout, Public Defender, and Robert Porter, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Anesha Worthy, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

James Deane Abernathy appeals his convictions for driving under the influence and a resultant condition of probation. We affirm his conviction and sentence but reverse the court's imposition of a monthly cost of supervision. Specifically, Abernathy argues the judge erred in ordering him to pay a $50 monthly cost of supervision as a condition of probation because the judge failed to orally pronounce the special condition during sentencing. The State concedes the court erred in imposing the $50 monthly cost and asks that we remand the case to allow the court to reduce the cost to $40 per month. We agree with the State, reverse the court's imposition of a $50 monthly cost, and remand for imposition of a cost of $40 per month. *See, e.g., Sandoval v. State,* 337 So. 3d 5, 7 (Fla. 4th DCA 2022); *Paris v. State,* 337 So. 3d 2, 3–4 (Fla. 4th DCA 2022).

*Affirmed in part, reversed in part, and remanded.*

WARNER, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*